IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| DELLA CARR, guardian *ad litem* for minor child A. P. O/B/O AMY PETTINGILL (deceased), | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Case No. 06-825-ST |
| vs. | ) ) | ORDER |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) ) ) | |
| Defendant. | ) ) | |

Tim D. Wilborn
Wilborn Law Office, P.C.
19093 S. Beavercreek Road
PMB #314
Oregon City, Oregon  97045

    Attorney for Plaintiff

Page 1 - ORDER

    Karin J. Immergut
    United States Attorney
    District of Oregon
    Neil J. Evans
    United States Attorney's Office
    1000 S.W. Third Avenue, Suite 600
    Portland, Oregon  97204-2902

    Leisa A. Wolf
    Michael McGaughran
    Social Security Administration
    Office of General Counsel
    701 Fifth Avenue, Suite 2900 M/S 901
    Seattle, Washington   98104

        Attorneys for Defendant

KING, Judge:

    The Honorable Janice M. Stewart, United States Magistrate Judge, filed Findings and Recommendation on April 23, 2008.  The matter is before this court.  See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No objections have been timely filed.  This relieves me of my obligation to give the factual findings de novo review.  Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the legal principles de novo, I find no error.

    Accordingly, I ADOPT Magistrate Judge Stewart's Findings and Recommendation (#50). IT IS HEREBY ORDERED that Plaintiff's Supplemental Application for Fees Pursuant to the Equal Access to Justice Act (#45) is GRANTED in the reduced sum of $3,797.86.

    Dated this      14th      day of May, 2008.

                                  /s/ Garr M. King
                                  Garr M. King
                                  United States District Judge